UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

NORTH SEA BRENT CRUDE OIL           :    1:13-md-02475 (ALC)
FUTURES LITIGATION

This document applies to:   ALL CASES

-----------------------------------------------------------x

ANDREW L. CARTER, JR., United States District Judge:

The Order dated November 21, 2013 (Lead Case ECF No. 17) is hereby VACATED.

Counsel should instead look to Pretrial Order No. 1 for directions regarding filings in the lead case and/or any member cases.

SO ORDERED.

Dated:   January 2, 2014

New York, New York                      ANDREW L. CARTER, JR.
                                        United States District Judge